## Strauch, Appellant v. Scranton.

Argued September 24, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Alfred E. Swoyer,* with him *Harry A. Kolb,* for appellant.

*Alexander S. Gorny,* Assistant City Solicitor, with him *Jerome I. Myers,* City Solicitor, for appellee.

PER CURIAM, October 30, 1945:
The judgment of the Superior Court is affirmed upon the opinion of Judge HIRT.